ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC.,          :
                                   :
                    Plaintiff,     :  NO. 1:CV-01-0793
                                   :
          v.                       :  (The Hon. Sylvia H. Rambo)
                                   :
S.A. MAXWELL COMPANY, INC.         :
and JAIMA BROWN,                   :
                                   :
                    Defendants.    :

---

JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S COMPLAINT

---

Plaintiff, York Wallcoverings, Inc., and defendants, S.A. Maxwell Company, Inc. and Jaima Brown (collectively "defendants"), by and through their counsel, hereby move to extend the time in which defendants shall have to answer plaintiff's complaint up to and including July 23, 2001. No prior extensions have been requested. This is a twenty (20) day extension.

| | |
|---|---|
| Bruce J. Wolstoncroft | Ronald P. Schiller |
| Kendra D. McGuire | Piper Marbury Rudnick & Wolfe, LLP |
| Barley, Snyder, Senft & Cohen, LLC | 3400 Two Logan Square |
| 126 East King Street | 18th & Arch Streets |
| Lancaster, PA 17602-2893 | Philadelphia, PA 19103 |
| (717) 299-5201 | (215) 656-3300 |
| | |
| Attorneys for plaintiff, | Attorney for defendants, |
| York Wallcoverings, Inc. | S.A. Maxwell Company, Inc. and Jaima Brown |

## CERTIFICATE OF SERVICE

I, Ronald P. Schiller, hereby certify that I served a true and correct copy of the foregoing motion to extend time, via U.S. mail, postage prepaid, upon the following:

>Bruce J. Wolstoncroft, Esquire
>Kendra D. McGuire, Esquire
>Barley, Snyder Senft & Cohen, LLC
>126 East King Street
>Lancaster PA 17602-2893

_____
Ronald P. Schiller

Dated: June 26, 2001.