# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC.,    :
                            :
          Plaintiff,     :     NO. 1:CV-01-0793
                            :
       v.               :     (The Hon. Sylvia H. Rambo)
                            :
S.A. MAXWELL COMPANY, INC. :
and JAIMA BROWN,       :
         Defendants. :

**FILED**
HARRISBURG, PA

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

### ORDER

AND, NOW, this **27** day of June, 2001, upon the joint motion of

plaintiff, York Wallcoverings, Inc., and defendants, S.A. Maxwell Company, Inc.

and Jaima Brown, it is hereby ORDERED, ADJUDGED and DECREED that the

motion for extension of time is GRANTED.  It is further ORDERED,

ADJUDGED and DECREED that the time for defendants to answer plaintiff's

complaint is extended up to and including July 23, 2001.

_____
Judge Sylvia H. Rambo

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 27, 2001

Re:  1:01-cv-00793   York Wallcoverings, v. S.A. Maxwell Company

True and correct copies of the attached were mailed by the clerk
to the following:

    Kendra D. McGuire, Esq.
    126 East King St.
    Lancaster, PA  17603

    Ronald P. Schiller, Esq.
    Piper Marbury Rudnick & Wolfe, LLP
    3400 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA  19102

```
cc:
Judge                     (X )              ( ) Pro Se Law Clerk
Magistrate Judge          ( )               ( ) INS
U.S. Marshal              ( )               ( ) Jury Clerk
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )
Federal Public Defender   ( )
Summons Issued            ( )  with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5       ( )
Order to Show Cause       ( )  with Petition attached & mailed certified mail
                               to: US Atty Gen  ( )  PA Atty Gen ( )
                                   DA of County ( )  Respondents ( )

Bankruptcy Court          ( )
Other_____      ( )
```

                                      MARY E. D'ANDREA, Clerk

DATE: June 27th, 2001                  BY: _____