AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

YORK WALLCOVERING, INC.,
   Plaintiff

**V.**

S. A. MAXWELL COMPANY, IHC., and
JAIMA BROWN,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    1:01-CV-0793
                              Judge Rambo

FILED
HARRISBURG
JUL 1 3 2001
MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

TO: (Name and address of defendant)

(SEE COMPLT)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kendra D. McGuire, Esq.
Barlye, Snyder, Senft, & Cohen, LLC
126 East King Street
Lancaster, Pa. 17602=
(717) 399-1525

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__Mary E. D'Andrea, Clerk__          May 7, 2001
CLERK                                           DATE

*George T. Gardner* (signature)
(BY) DEPUTY CLERK    George T. Gardner

**FILED
HARRISBURG

JUL 1 3 2001

MARY E. D'ANDREA, CLERK
Per_____ 
DEPUTY CLERK**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF __York Wallcovering, Inc.__ COURT CASE NUMBER __1:01-CV-0793__
DEFENDANT __S.A. Maxwell, et al.__ TYPE OF PROCESS __4(c)(2) - personal__

SERVE __S.A. Maxwell Company, Inc.__
(Name individual, company; corporation, etc. to be served)

AT __935 Campus Drive, Mundelein, Illinois  60060__
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: __Richard Emmert__
TITLE (IF ANY) OF PERSON SERVED: __owner__
ADDRESS WHERE SERVED: __935 Campus Drive__
                     __Mundelein, Illinois  60060__
DATE AND TIME OF PERSONAL SERVICE: __12:30p__
REMARKS: _____

__6-12-01__                    __Leonard Smalz__
Date                           Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

FILED
HARRISBURG

JUL 1 3 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

PLAINTIFF York Wallcovering, Inc.   COURT CASE NUMBER 1:01-CV-0793
DEFENDANT S.A. Maxwell, et al.   TYPE OF PROCESS 41(c)(2) - personal

SERVE   Jaima Brown
        (Name individual, company; corporation, etc. to be served)

AT   935 Campus Drive, Mundelein, Illinois   60060
        (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Jaima Brown
TITLE (IF ANY) OF PERSON SERVED: N/A
ADDRESS WHERE SERVED: 935 Campus Drive
                     Mundelein, Illinois   60060
DATE AND TIME OF PERSONAL SERVICE: 12:30 P
REMARKS: _____

6-12-01                    [signature]
Date                       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)