IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**York Wallcoverings, Inc.**                    CASE NO. 1:01-CV-793

vs.

**S.A. Maxwell Company, Inc., et al.**          DATE: August 23, 2001 @ 9:00 AM

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: 9:05                    Time Terminated: 9:15

APPEARANCES

Plaintiff's Counsel:                    Defendant's Counsel:

Mc. Guire                               Kohen
                                        Schuller
                                        Turchi

REMARKS: Discovery 3/29/02
         P's expert 4/30
         D  "      5/30
         Supp "    6/17
         dispositive 6/28
         Trial     Sept.

FILED
HARRISBURG, PA
AUG 23 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk