17
10-22-01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YORK WALLCOVERINGS, INC., | CIVIL NO.1:CV-01-0793 |
| Plaintiff | |
| v. | FILED |
| S.A. MAXWELL COMPANY, INC. and JAIMA BROWN, | HARRISBURG, PA |
| | OCT 22 2001 |
| Defendants | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

### ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to dismiss Defendant's counterclaim is **GRANTED**.

SYLVIA H. RAMBO
United States District Judge

Dated: October 22, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00793   York Wallcoverings, v. S.A. Maxwell Company

True and correct copies of the attached were mailed by the clerk to the following:

Kendra D. McGuire, Esq.
126 East King St.
Lancaster, PA  17603

Ronald P. Schiller, Esq.
Piper Marbury Rudnick & Wolfe, LLP
3400 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19102

Beth Castelli Fitt, Esq.
Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

Albert Robin, Esq.
Robin, Blecker, Daley & Driscoll
330 Madison Avenue
New York, NY  10017

cc:
Judge                  (X)        ( ) Pro Se Law Clerk
Magistrate Judge       ( )        ( ) INS
U.S. Marshal           ( )        ( ) Jury Clerk

MARY E. D'ANDREA, Clerk

DATE: October 22nd, 2001           BY: _____
                                       Deputy Clerk