

**BARLEY, SNYDER, SENFT & COHEN, LLC**

126 East King Street    Lancaster, PA 17602-2893    Tel (717) 299-5201    Fax (717) 291-4660

*Attorneys at Law*                                                                  Lancaster   York     Harrisburg
www.barley.com                                                                      Reading    Berwyn   Hanover   Chambersburg

KENDRA D. MCGUIRE
Direct Dial Number: (717) 399-1525
E-mail: kmcguire@barley.com

November 27, 2001

Sylvia H. Rambo, Chief Judge
United States District Court
Middle District of Pennsylvania
P.O. Box 868
228 Walnut Street
Harrisburg, PA 17101

FILED
HARRISBURG, PA

DEC 3 - 2001

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

Re:  **York Wallcoverings, Inc. v. S.A. Maxwell, Inc. and Brown**
     **No. 1:CV: 01-0793**

Dear Judge Rambo:

I am writing to ask the Court to appoint a mediator in the above referenced copyright action. I have conferred with Mr. Robin, lead counsel for the Defendants, on the appointment of a mediator. He and I agree that the matter will be ready for mediation in January, 2002.

Thank you for your consideration of this request.

Very truly yours,

Kendra D. McGuire

KDM:kag/1033213
cc:   Albert Robin, Esquire
      Ronald P. Schiller, Esquire
      Joseph L. Turchi, Esquire