# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YORK WALLCOVERINGS, INC.,** : | **CIVIL NO.1:CV-01-0793** |
| **Plaintiff** : | |
| v. : | **FILED** |
| | **HARRISBURG** |
| **S.A. MAXWELL COMPANY, INC.** : | |
| **and JAIMA BROWN,** : | JAN 2 2 2002 |
| **Defendants** : | MARY E. D'ANDREA, CLERK |
| | Per _____ |
| | DEPUTY CLERK |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on ___January 17, 2002___, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

_____ All individual parties and their counsel.

__x__ Designated corporate representatives.

__x__ Required claims professionals.

__x__ Other (Describe). ___Counsel for Defendant___

___Jaima Brown___

_____

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

(c) The outcome of the mediation conference was:

_____ The case has been completely settled. Counsel will promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of this report.

_____ The case has been partially resolved. Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

_____

_____

\_\_x\_\_ **The parties have reached an impasse.**

**Done this** \_\_\_\_\_18th\_\_\_\_\_ **day of** \_\_\_January\_\_\_, \_2002\_.

*Alan R. Boynton*
**Signature of Mediator**

Alan R. Boynton, Jr.
**Name of Mediator**

**Phone (**717**)** 237 **-** 5352

01-0793med.wpd