York Wallcoverings v. S.A. Maxwell                TIME: 8:30 a.m.
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE No. **1:CV-01-0793**

DATE    February 25, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Discovery Conference Call

Time Commenced   8:30          Time Terminated   8:45

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| McGuire | Robin | |

FILED
HARRISBURG, PA

FEB 25 2002

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

**REMARKS**

Plaintiff is to produce information concerning statement "it has been commented that Mr Brown has developed a reputation in the industry for using & copying the designs of other companies."