IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YORK WALLCOVERINGS, INC.,** : CIVIL NO.1:CV-01-0793

    Plaintiff :

    v. :

**S.A. MAXWELL COMPANY, INC.** :
**and JAIMA BROWN,**

    Defendants :

FILED
HARRISBURG, PA

FEB 2 5 2002

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

In accordance with the matters discussed at the telephone conference held on February 25, 2002, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff shall produce the documents pertaining to Defendants' document requests numbers 10 and 11 and shall answer Defendants' interrogatory number 16 relating to the statement concerning Ms. Brown's reputation in the industry for using or copying designs of other companies;

(2) Plaintiff shall produce information regarding its total costs that relate to Plaintiff's claim for damages; and

(3) Plaintiff shall comply with this order by March 1, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: February 25, 2002.