**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YORK WALLCOVERINGS, INC. | : | |
|     Plaintiff | : | No.: 1:CV:01-0793 |
| | : | |
| vs. | : | |
| | : | |
| S.A. MAXWELL COMPANY, INC. AND | : | (The Hon. Sylvia H. Rambo) |
| JAIMA BROWN | : | |
|     Defendants | : | |

**APPLICATION FOR AN
ORDER TO SHOW CAUSE**

Plaintiff York Wallcoverings, Inc. ("York") hereby makes application to this Court for an Order to Show Cause why an order should not be made and entered herein, pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminarily enjoining Defendants S.A. Maxwell, Inc. ("Maxwell") and Jaima Brown ("Brown") from distributing or selling the wallcovering boarder and fabric design that appears in the Sesquicentennial sample book.

Defendants' design is substantially similar to and appropriated from York's wallcovering and border design known for purposes of this litigation as York's Elephant Wallcovering and York's Elephant Border for which certificate of registration No. VA 1-064-203 and VA-064-204 have been issued to York. York seeks preliminary injunctive relief because Defendants have infringed York's Elephant Wallcovering and York's Elephant Border and the continued distribution and sale of the infringing design threatens to cause irreparable harm to York.

1049776_1.DOC

In support of this application York relies on the Complaint and the accompanying Memorandum in Support of Application for An Order to Show Cause together with the annexed affidavit and exhibits attached thereto.

York requests that a hearing be established at the Court's earliest convenience at which York would seek to present the testimony of several witnesses. Enough discovery has been conducted in this matter to support this application, and, accordingly, York moves for an order scheduling a hearing.

York requests that the Court establish deadlines for the filing of York's motion for preliminary injunction and supporting brief, a response by Maxwell, and, if necessary, a reply by York. York proposes that it be directed to file its motion and supporting brief 10 days before the hearing with a response from Maxwell being due 3 days before hearing. York, if necessary, would file a reply the day before hearing.

A proposed form of Order is submitted herewith.

BARLEY, SNYDER, SENFT & COHEN, LLC

Date: 2/27/02

BY: _____
Bruce J. Wolstoncroft, Esquire
Kendra D. McGuire, Esquire
Attorneys for Plaintiff
York Wallcoverings, Inc.

126 East King Street
Lancaster, PA 17602
(717) 299-5201
Court I.D. No. 43923
Court I.D. No. 50919

1049776_1.DOC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application for an Order to Show Cause has been served this _27th_ day of _February_, 2002, by first-class mail, postage pre-paid, upon:

    Albert Robin, Esquire
    Robin, Blecker & Daley
    330 Madison Avenue
    2nd Floor
    New York, NY 10017

    Ronald P. Schiller, Esquire
    Piper, Marbury, Rudnick & Wolfe, LLP
    3400 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA 19103-2762

    Joseph L. Turchi, Esquire
    Rawle & Henderson, LLP
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19107

    BARLEY, SNYDER, SENFT & COHEN, LLC

    By: _____
    Bruce J. Wolstoncroft, Esquire
    Kendra D. McGuire, Esquire
    Attorneys for Plaintiff
    York Wallcoverings, Inc.

    126 East King Street
    Lancaster, PA 17602-2893
    Court I.D. No. 43923
    Court I.D. No. 50919

1049776_1.DOC