ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
FEB 28 2002
PER ___
HARRISBURG, PA DEPUTY CLERK

YORK WALLCOVERINGS, INC.
    Plaintiff

  vs.

S.A. MAXWELL COMPANY, INC. AND
JAIMA BROWN
    Defendants

No.: 1:CV:01-0793

(The Hon. Sylvia H. Rambo)

### EXHIBITS TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF APPLICATION FOR AN ORDER TO SHOW CAUSE

BARLEY, SNYDER, SENFT & COHEN, LLC

Date: 2/27/02

BY: _____
Bruce J. Wolstoncroft, Esquire
Kendra D. McGuire, Esquire
Attorneys for Plaintiff
York Wallcoverings, Inc.

126 East King Street
Lancaster, PA 17602
(717) 299-5201
Court I.D. No. 43923
Court I.D. No. 50919

1056985_1.DOC

A

**CHANGES**
Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA            VAU
EFFECTIVE DATE OF REGISTRATION

_____
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Elephant Sidewall

NATURE OF THIS WORK ▼ See instructions
Artwork / pattern of print reproduced on wallcoverings and, if necessary, fab

PREVIOUS OR ALTERNATIVE TITLES ▼
Design SP 1306

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
a    Banafshe Schippel

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ United Kingdom

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
a    Year in Which Creation of This Work Was Completed
1999 ◀ Year    This information must be given in all cases.

b    Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ Oct.    Day ▶ 25    Year ▶ 1999
USA    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
York Wallcoverings, Inc.
750 Linden Avenue
York, PA 17404

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written contract, transfer of all rights by the author.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a   See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathy Murphy
York Wallcoverings, Inc.
750 Linden Avenue
York, PA  17404

Area code and daytime telephone number ► (717) 846-4456, ext. 109        Fax number ► (717) 854-9753
Email ► MurphyK@YorkWall.Com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___York Wallcoverings, Inc.___
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kathy Murphy                                                    Date ► 02/09/01

Handwritten signature (X) ▼
X _Kathy Murphy_

Certificate will be mailed in window envelope to this address:

Name ▼
Kathy Murphy
York Wallcoverings, Inc.
Number/Street/Apt ▼
750 Linden Avenue
City/State/ZIP ▼
York, PA  17404

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999       ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

R* **VA 1-108-973**



| TX | TXU | PA | PAU | (VA) | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

2 / 12 / 02
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**Elephant Sidewall**

Registration Number of the Basic Registration ▼
**VA1-064-203**

Year of Basic Registration ▼
**2001**

Name(s) of Author(s) ▼
**Banafshe Schippel**

Name(s) of Copyright Claimant(s) ▼
**York Wallcoverings, Inc.**

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number **2**    Line Heading or Description **Name of Author; Work Made for Hire**

Incorrect Information as It Appears in Basic Registration ▼
**Banafshe Schippel; Yes (checked)**

Corrected Information ▼
**Patricia Scullin; No (checked)**

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number **2**    Line Heading or Description **Year Born**

Amplified Information and Explanation of Information ▼

**1966; It was subsequently discovered that the author identified herein independently created the work and that the work was not a work made for hire.**

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of __2__ pages

| | FORM CA RECEIVED | FORM CA |
|---|---|---|
| | FEB. 1 2. 2002 | |
| | FUNDS RECEIVED DATE | |
| | EXAMINED BY  *uRB* | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B  *or*  ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Kathy Murphy
York Wallcoverings, Inc.
750 Linden Ave., York, Pa. 17404

Phone ( 717 ) 846-4456 ext. 109     Fax ( 717 ) 854-9753     Email murphyk@yorkwall.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**E**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   York Wallcoverings, Inc.
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Kathy Murphy         Date ▼  January 3, 2002

Handwritten signature (X) ▼
*Kathy Murphy*

**F**

Certificate will be mailed in window envelope to this address:

Name ▼
Kathy Murphy, York Wallcoverings, Inc.
Number/Street/Apt ▼
750 Linden Avenue
City/State/ZIP ▼
York, Pa. 17404

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the fee for filing Form CA is $65.

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000         ⓖ PRINTED ON RECYCLED PAPER         ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107
WEB REV: June 1999

CHANGES
...es are effective through June 30, '02. After that date, check the Copyright Office website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA          VAU

EFFECTIVE DATE OF REGISTRATION

_____
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Elephant Border

NATURE OF THIS WORK ▼ See instructions
Artwork /pattern of print reproduced on wallcoverings, and if necessary, on fabrics

PREVIOUS OR ALTERNATIVE TITLES ▼
Design SP 1374

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2 a** NAME OF AUTHOR ▼
York Wallcoverings, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?  ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?  ☐ Yes    ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3 a** Year in Which Creation of This Work Was Completed
1999 ◀ Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ Oct.    Day ▶ 25    Year ▶ 1999
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

York Wallcoverings, Inc.
750 Linden Avenue
York, PA 17404

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  | FORM |
|---|---|
| EXAMINED BY |  |
| CHECKED BY |  |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Elephant sidewall (SP 1306); purchased design

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Enlarged an elephant from a purchased design to create a border.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Murphy
York Wallcoverings, Inc.
750 Linden Avenue
York, PA 17404

Area code and daytime telephone number ▶ ( 717 ) 846-4456, ext. 109   Fax number ▶ ( 717 ) 854-9753
Email ▶ MurphyK@YorkWall.Com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __York Wallcoverings, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kathy Murphy                                                    Date ▶ 02/07/01

Handwritten signature (X) ▼
X _Kathy Murphy_

**9** Certificate will be mailed in window envelope to this address:

Name ▼
Kathy Murphy
York Wallcoverings, Inc.

Number/Street/Apt ▼
750 Linden Avenue

City/State/ZIP ▼
York, PA 17404

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000    ⓖ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



Three Sisters Studio
PASSPORT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YORK WALLCOVERINGS, INC. | : | |
|     Plaintiff | : | No.: 1:CV:01-0793 |
| | : | |
| vs. | : | |
| | : | |
| S.A. MAXWELL COMPANY, INC. AND JAIMA BROWN | : | (The Hon. Sylvia H. Rambo) |
|     Defendants | : | |

**<u>AFFIDAVIT OF LERUE BROWN</u>**

AND NOW, the 15th day of February, 2002, I, LeRue Brown, being duly affirmed and in accordance to law, do depose and state as follows:

1. I am the Marketing Director of York Wallcoverings, Inc. ("York") and have been employed in this capacity since January 1, 1995.

2. As Marketing Director, I have assisted in the selection of cover designs for the wallcovering collections offered by York.

3. The cover design is typically descriptive and attempts to be aesthetically appealing while representing the theme and style of the wallcoverings, borders and fabrics contained in the sample book.

4. The cover design of a wallcovering collection is the essential or primary factor in attracting a consumer to a wallcovering collection. It is the cover design that entices the customer to leaf through the offerings contained in any given sample book.

1052750.1

5. The cover design also serves as the customer's reference point if the customer, as is often the case, needs to return to a particular wallcovering that the customer previously saw. The cover design also serves as a reference for designers and store personnel who often assist customers with their selections.

6. The typical lifespan of a wallcovering collection or sample book is three (3) years. While there are deviations from this principle, it is unusual that a wallcovering collection or sample book remains on the market longer than three (3) years.

7. During this three (3) year lifespan of the typical wallcovering sample book, most sales are generated during the first twelve (12) months after publication of the sample book.

8. I first became aware of Maxwell's Sesquicentennial collection when I saw an advertisement for the collection in the January, 2001 edition of "The Wallpaper." The advertisement depicted an elephant that I believed to be a copy of York's elephant as contained on the cover of York's Passport sample book and as depicted in one of the wallcovering designs offered in the collection.

9. My concerns, as well as similar, independent reports from several other York employees and at least one other person who was not a York employee, led me to investigate the possibility that Maxwell copied York's sample book cover design as well as the elephant wallcovering and border designs contained therein.

The foregoing is true and correct to the best of my knowledge, information and belief.

Sworn to and subscribed

before me this 15 day of

February, 2002.

_Linda K. Jacob_
Notary Public

Notarial Seal
Linda K. Jacob, Notary Public
York, York County
My Commission Expires Nov. 17, 2003
Member, Pennsylvania Association of Notaries

_LeRue Brown_
LeRue Brown, Marketing Director
York Wallcoverings, Inc.

1052750.1

**SESQUICENTENNIAL COLLECTION**

S. MAXWELL CO.







# THE NEWSPAPER

*The Newspaper of the Wallcoverings Industry*

VOL. 21 NO. 3   $4.00/JANUARY 2001

## Congratulations to Mel Weinzimer, 2001 Allman Award Recipient

## The 2001 Business Forecast



WALL 67116 61 10************CAR-RT SORT**C-017
CARREY VIZZEY
YORK WALLCOVERINGS
750 LINDEN AVE
YORK PA 17404-3373

C 5 F1

1    Q    Are you referencing all the elephants that
2  you provided to him in your -- in your reference --
3    A    Reference pile.
4    Q    -- pile?
5    A    Yes.
6    Q    The next bullet point in your design brief,
7  "Make textural similar to elephant samples." To what
8  are you referring?
9    A    Well, I'm referring to this because this is
10 textural fabric and to this texture here.
11       MS. McGUIRE: So the witness is referring
12 to Brown 5, and we've not marked that other -- a
13 poor color copy, but I think it's a color copy,
14 nevertheless.
15       THE WITNESS: It's the same design. It's
16 the texture I was talking about.
17       MS. McGUIRE: For purposes of the record,
18 we'll mark this, but I'll ask you to hold onto
19 that.
20       MR. ROBIN: Okay, fine. I have no problem
21 with that.
22            (Brown Deposition Exhibit No. 10
23             marked for identification.)
24       MS. McGUIRE: For purposes to preserve it,

```
 1        why don't we mark the original as Brown 11.
 2              MR. ROBIN:  So 10 is the copy and 11 is the
 3        original.
 4                    (Brown Deposition Exhibit No. 11
 5                    marked for identification.)
 6   BY MS. McGUIRE:
 7        Q    All right.  So that I understand it, the
 8   "Make textural similar to elephant samples," refers
 9   to Brown 11 and Brown 5?
10        A    Uh-huh.
11        Q    Is that correct?
12        A    Yes, these are the samples.
13        Q    That you're referencing in your design
14   brief?
15        A    Yes.
16        Q    The next bullet point, "This design to
17   coordinate but not to be exact design as fabric."
18   Again, what fabric are you referring to?
19        A    Well, that would be these fabrics but
20   mostly fabric as well.
21              MR. ROBIN:  Brown 5.
22   BY MS. McGUIRE:
23        Q    Mostly Brown 5 but also referring to
24   Brown 8?
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Exhibits to Memorandum in Support of Application for an Order to Show Cause has been served this 27th day of February, 2002, by first-class mail, postage pre-paid, upon:

    Albert Robin, Esquire
    Robin, Blecker & Daley
    330 Madison Avenue
    2nd Floor
    New York, NY 10017

    Ronald P. Schiller, Esquire
    Piper, Marbury, Rudnick & Wolfe, LLP
    3400 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA 19103-2762

    Joseph L. Turchi, Esquire
    Rawle & Henderson, LLP
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19107

    BARLEY, SNYDER, SENFT & COHEN, LLC

    By: _____
    Bruce J. Wolstoncroft, Esquire
    Kendra D. McGuire, Esquire
    Attorneys for Plaintiff
    York Wallcoverings, Inc.

    126 East King Street
    Lancaster, PA 17602-2893
    Court I.D. No. 43923
    Court I.D. No. 50919

1056985_1.DOC