IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YORK WALLCOVERINGS, INC.,** | : | CIVIL NO.1:CV-01-0793 |
| **Plaintiff** | : | |
| v. | : | |
| **S.A. MAXWELL COMPANY, INC. and JAIMA BROWN,** | : | |
| **Defendants** | : | |



## ORDER

On February 28, 2002, Plaintiff, York Wallcoverings, Inc., filed an application for an order to show cause that would require Defendants to show cause why a preliminary injunction should not be granted against Defendants pursuant to Federal Rule of Civil Procedure 65. Plaintiff seeks to enjoin Defendants from distributing, selling, or marketing the wall coverings which are at dispute in this matter. The court construes Plaintiff's application as a motion for preliminary injunction pursuant to Rule 65. Accordingly, **IT IS HEREBY ORDERED THAT**:

(1) The hearing on the motion for preliminary injunction will take place at **9:30 a.m. on Tuesday April 30, 2002** in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania;

(2) Plaintiff is permitted to file a brief in support of the motion, and that brief shall be filed by **Thursday March 14, 2002**;

(3) Defendants' responsive brief(s) shall be filed by **Monday April 1, 2002**; and

(4) Plaintiff's reply brief, if any, shall be filed by **Monday April 15, 2002**.

SYLVIA H. RAMBO
United States District Judge

Dated: March  /  , 2002.