**ORIGINAL**
=to Crw/c

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
MAR 2 6 2002
PER _____
HARRISBURG, PA  DEPUTY CLE

| | | |
|---|---|---|
| YORK WALLCOVERINGS, INC. | : | |
|     Plaintiff | : | No.: 1:CV:01-0793 |
| | : | |
| vs. | : | |
| | : | |
| S.A. MAXWELL COMPANY, INC. AND | : | (The Hon. Sylvia H. Rambo) |
| JAIMA BROWN | : | |
|     Defendants | : | |

## MOTION FOR LEAVE REGARDING DEPOSITION OF WILLIAM CARROLL

Plaintiff York Wallcoverings, Inc. ("York") hereby seeks leave to take the deposition of William Carroll, a Canadian citizen, on Monday, April 29, 2002. Counsel for Defendants concurs in this Motion. Discovery in this matter closes on Friday, March 29, 2002 and a hearing on Plaintiff's request for a preliminary injunction has been scheduled by the Court to commence on Tuesday, April 30, 2002. Defendants intend to present Mr. Carroll as a witness at the injunction hearing, thereby Mr. Carroll will travel to Harrisburg, Pennsylvania from his home in Canada. In an effort to avoid costly and time consuming travel, Plaintiff and Defendants have agreed to take Mr. Carroll's deposition on the day before the Court ordered injunction hearing. By allowing the parties to depose Mr. Carroll on the day before the injunction hearing, substantial expense and time of counsel and the witness will be saved. Taking the

1063202_1.DOC

deposition of Mr. Carroll on the 29th of April will not delay the hearing on the preliminary injunction nor will it cause delay in the underlying action.

BARLEY, SNYDER, SENFT & COHEN, LLC

Date: 3/25/02

BY: _____
Bruce J. Wolstoncroft, Esquire
Kendra D. McGuire, Esquire
Attorneys for Plaintiff
York Wallcoverings, Inc.

126 East King Street
Lancaster, PA 17602
(717) 299-5201
Court I.D. No. 43923
Court I.D. No. 50919

1063202_1.DOC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave has been served this 25th day of March, 2002, by first-class mail, postage pre-paid, upon:

>Albert Robin, Esquire
>Robin, Blecker & Daley
>330 Madison Avenue
>2nd Floor
>New York, NY 10017
>
>Ronald P. Schiller, Esquire
>Piper, Marbury, Rudnick & Wolfe, LLP
>3400 Two Logan Square
>18th & Arch Streets
>Philadelphia, PA 19103-2762
>
>Joseph L. Turchi, Esquire
>Rawle & Henderson, LLP
>The Widener Building
>One South Penn Square
>Philadelphia, PA 19107

>BARLEY, SNYDER, SENFT & COHEN, LLC
>
>By: _____
>Bruce J. Wolstoncroft, Esquire
>Kendra D. McGuire, Esquire
>Attorneys for Plaintiff
>York Wallcoverings, Inc.
>
>126 East King Street
>Lancaster, PA 17602-2893
>Court I.D. No. 43923
>Court I.D. No. 50919

1063202_1.DOC