UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC. :
          Plaintiff : No.: 1:CV:01-0793
:
vs. :
:
S.A. MAXWELL COMPANY, INC. AND : (The Hon. Sylvia H. Rambo)
JAIMA BROWN :
          Defendants :

## ORDER

AND, NOW, this 1st day of April, 2002, upon consideration of the Motion For Leave Regarding Deposition of William Carroll, noting Defendants' concurrence in the Motion, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Leave Regarding Deposition of William Carroll is GRANTED.

                                          BY THE COURT:

                                          _____, J.

1063202_1.DOC