cc: court, kfk, mja

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**York Wallcoverings, Inc.**
V.
**S.A. Maxwell company, Inc., et al.**

CASE NO. 1:01-CV-793

DATE: April 30, 2002



FILED
APR 29 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Preliminary Injunction Hearing

Time Commenced: 9:30 AM                    Time Terminated: 5:34 PM

**Plaintiff's Counsel:**

1-Kendra D. McGuire
3-Salvatore Anastasi

**Defendant's Counsel:**

2-Albert Robin
4-Joseph Turchi

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
| --- | --- | --- | --- | --- | --- |
| | Dir | Cross | | Dir | Cross |
| Ronald Redding | 1 | 2 | William Carroll | 2 | 1 |
| LeRue Brown | 1 | 2 | Richard Emmert | 2 | 1 |
| Stanley Thomas | 1 | 2 | Jaima Brown | 2 | 1 |

**Remarks**: Court opens with all parties present; Judge makes opening remarks; Plaintiffs call witnesses; Affidavit of Emmert is stipulated to by parties and admitted by court Objection by Robin re. the expert testimony of Ronald Redding. Court denies objection subject to review of case law cited. Defendants object to the issue of mediation and its success/failure. Court takes under advisement. Plaintiffs move exhibits and rest. Defendants call witnesses. Declaration of William Carroll is moved and admitted. Defendants move exhibits. Richard Emmert affidavit is moved into evidence by defendants with paragraphs 5, 17 and 23 objected to by plaintiff. Defendants rest. Defendant to file a sur-reply brief to plaintiffs motion for preliminary injunction. Court adjourns.

Courtroom Deputy:    Mark Armbruster                    Court Reporter: Vicki Fox

cc: court, kfk, mja

## WITNESS ACTIVITY LIST

| Start | End | Time | Code | Dir | Cross | Redir. | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:42 AM | 10:27 AM | :45 | | X | | | | 1 | Ronald Redding |
| 10:27 AM | 10:37 AM | :10 | | | X | | | 2 | Ronald Redding |
| 10:37 AM | 10:38 AM | :01 | | | | X | | 2 | Ronald Redding |
| | | | | | | | | | |
| 10:39 AM | 11:14 AM | :25 | B (:10) | X | | | | 1 | LeRue Brown |
| 11:14 AM | 11:25 AM | :11 | | | X | | | 2 | LeRue Brown |
| 11:25 AM | 11:28 AM | :03 | | | | X | | 1 | LeRue Brown |
| | | | | | | | | | |
| 11:29 AM | 11:47 AM | :18 | | X | | | | 1 | Stanley Thomas |
| 11:47 AM | 11:55 AM | :08 | | | X | | | 2 | Stanley Thomas |
| 11:55 AM | 11:56 AM | :01 | | | | X | | 1 | Stanley Thomas |
| | | | | | | | | | |
| 11:58 AM | 12:22 PM | :24 | | X | | | | 2 | William Carroll |
| 12:22 PM | 1:43 PM | :16 | L (1:05) | | X | | | 1 | William Carroll |
| 1:43 PM | 1:45 PM | :02 | | | | X | | 2 | William Carroll |
| | | | | | | | | | |
| 1:47 PM | 2:04 PM | :17 | | X | | | | 2 | Richard Emmert |
| 2:04 PM | 2:14 PM | :10 | | | X | | | 1 | Richard Emmert |
| | | | | | | | | | |
| 2:29 PM | 3:08 PM | :26 | B (:10) | X | | | | 2 | Jaima Brown |
| 3:08 PM | 3:26 PM | :18 | | | X | | | 1 | Jaima Brown |