cc: Court, Vicki

34
5/2/02
MA

# EXHIBIT LIST

Judge Sylvia H. Rambo

York Wallcoverings, Inc. v. S.A. Maxwell, Inc., et al.

1:01-CV-0793

April 30, 2002

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| 1 | | Certificate of Registration for "Elephant Sidewall" | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 2 | | Supplemental Certificate of Registration for "Elephant Sidewall" | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 3 | | Certificate of Registration for "Elephant Border" | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 4 | | York Wallcovering's "Passport Collection" Sample Book | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 5 | | S.A. Maxwell's "150th Anniversary Collection" Sample Book | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 6 | | Report written by Redding re. similarity of designs | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 7 | | York's "Elephant Sidewall" sample | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 8 | | York's "Elephant Border" sample | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 9 | | S.A. Maxwell's "Elephant Sidewall" sample | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 10 | | S.A. Maxwell's "Elephant Border" sample | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 11 | | Original art work of "Elephant Sidewall" designed by William Carroll | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| 12 | | Advertisement of S.A. Maxwell; 2-page document | 4/30/02 | 4/30/02 | Admit | LeRue Brown |
| 13 | | Design brief of Jaima Brown | 4/30/02 | 4/30/02 | Admit | William Carroll |

FILED
APR 2 9 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

1