cc: Court, Vicki

(35)
5/2/02

# EXHIBIT LIST

Judge Sylvia H. Rambo

York Wallcoverings, Inc. v. S.A. Maxell, Inc., et al.

1:01-CV-0793

April 30, 2002

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 1 | Fabric sample (red with elephant imprint) | 4/30/02 | 4/30/02 | Admit | Ronald Redding |
| | 2 | S.A. Maxwell "Elephant Border" (green color-wave) | 4/30/02 | | | Ronald Redding |
| | 3 | Wallpaper Guide, Maxwell Ad, Sample Borders | 4/30/02 | 4/30/02 | Admit | Stanley Thomas |
| | 4 | Declaration of William Carroll (exhibit D of brief in opposition to the motion for P.I.) | 4/30/02 | 4/30/02 | Admit | William Carroll |
| | 5 | Border Samples created by Carroll | 4/30/02 | 4/30/02 | Admit | William Carroll |
| | 6 | Border Samples created by Carroll | 4/30/02 | 4/30/02 | Admit | William Carroll |
| | 7 | E-mail from William Carroll to Stanley Thomas dated 7/11/01 | 4/30/02 | 4/30/02 | Admit | William Carroll |
| | 8 | Affidavit of Richard Emmert (exhibit A of brief in opposition to the motion for P.I.) | 4/30/02 | 4/30/02 | Admit | Richard Emmert |
| | 9 | Affidavit of Albert Robin (exhibit C of brief in opposition to the motion for P.I.) plus exhibit 2 (confidential) and 9, less paragraphs 7 and 8 and exhibits 5-8 | 4/30/02 | 4/30/02 | Admit | N/A |
| | 10 | Affidavit of Jaima Brown (exhibit B of brief in opposition to the motion for P.I.) | 4/30/02 | 4/30/02 | Admit | Jaima Brown |
| | 11 | Jaima Brown sketch | 4/30/02 | 4/30/02 | Admit | Jaima Brown |

FILED
APR 29 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

1