IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YORK WALLCOVERINGS, INC.,**    :    CIVIL NO.1:CV-01-0793

    Plaintiff    :

    v.    :

**S.A. MAXWELL COMPANY, INC.**    :
**and JAIMA BROWN,**

    Defendants    :

<u>O R D E R</u>

FILED
JUN 1 0 2002
PER_____
HARRISBURG, PA   DEPUTY CLERK

    In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for preliminary injunction pursuant to Federal Rule of Civil Procedure 65 is **GRANTED**, as follows:

    (1) Defendants are **ENJOINED** from selling or marketing the following designs (designated by their design number as it appears in Defendant Maxwell's Sesquicentennial Collection sample book): (1) 7043-561B; (2) 7043-565; (3) 7043-560B; (4) 7043-564; (5) 7043-566; and (6) 7043-562B;

    (2) Defendants shall remove, or cause to be removed, samples of the designs listed in the preceding paragraph from the sample book for Defendant Maxwell's Sesquicentennial Collection. Defendants may satisfy this requirement by ordering retailers in possession of its Sesquicentennial Collection's sample book to either remove the pages of the sample book containing the above-listed designs or to mark those designs as "UNAVAILABLE."

                                                             /s/ Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: May 10th, 2002.