43
6-19-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YORK WALLCOVERINGS, INC., | CIVIL NO.1:CV-01-0793 |
| Plaintiff | |
| v. | |
| S.A. MAXWELL COMPANY, INC. and JAIMA BROWN, | |
| Defendants | |



FILED
JUN 1 8 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

## ORDER

By an order dated June 10, 2002, the court granted Plaintiff's motion for preliminary injunction. However, the court did not state whether it would require Plaintiff to file a bond in order to enforce the preliminary injunction. Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff shall file with the Clerk of Court, cash, or a bond with sufficient surety, in the amount of $50,000.

SYLVIA H. RAMBO
United States District Judge

Dated: June 18, 2002.