IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YORK WALLCOVERINGS, INC., | CIVIL NO.1:CV-01-0793 |
| Plaintiff | |
| v. | |
| S.A. MAXWELL COMPANY, INC. and JAIMA BROWN, | |
| Defendants | |



FILED
JUN 1 8 2002
PER ___
HARRISBURG, PA.    DEPUTY CLERK

### ORDER

**IT IS HEREBY ORDERED THAT** Plaintiff shall file, by June 24, 2002, a brief in response to Defendants' motion to stay the court's preliminary injunction. If Defendants wish to file a brief in reply, that brief shall be filed no later than June 28, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: June 18, 2002.