**ORIGINAL**

UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
JUL 1 5 2002

717-221-3920

Mary E. D'Andrea,
Clerk

MARY E. D'ANDREA, CLERK
Per _____

IN RE: York Wallcoverings, Inc. v. S.A. Maxwell Company, Inc., et al.
Case #1:01-CV-0793

TO COUNSEL:

Your **original** Preliminary Injunction Hearing exhibits are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

**RECEIPT**

Receipt is hereby acknowledged for the exhibits introduced by __S. A. Maxwell__
(Defendants)

In the above-captioned matter.

__7/10/02__
(Date)

_____
(Signature)