

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC.
            Plaintiff

    vs.

S.A. MAXWELL COMPANY, INC. AND
JAIMA BROWN
            Defendants

No.: 1:CV:01-0793

**INJUNCTION BOND**

Bond No. <u>35BSBAZ4163</u>

KNOWN ALL BY THESE PRESENTS, That we, York Wallcoverings, Inc. as Principal, and <u>Hartford Fire Insurance Company</u>, a corporation organized and existing under the laws of the State of <u>Connecticut</u> and authorized to transact business in the Commonwealth of Pennsylvania, as Surety, are held and firmly bound unto the above named Defendants S.A. Maxwell, Inc. and Jaima Brown in the full and just sum of Fifty Thousand Dollars ($50,000.00) lawful money of the United States, for the payment of which well and truly to be made, we hereby bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this __9th__ day of July, 2002.

WHEREAS, the above named Plaintiff York Wallcoverings, Inc. has filed suit in the above entitled Court against the Defendants above named, and have applied for a restraining order and injunction against the Defendants above named, and, WHEREAS, the Court has by its order heretofore entered herein and fixed the bond to be given herein in the sum of Fifty Thousand Dollars ($50,000.00);

NOW, THEREFORE, if the said Principal York Wallcoverings, Inc. shall pay all damages and costs which may accrue by reason of said restraining order and injunction, not exceeding, however, the penalty of this bond, then this obligation to be null and void; otherwise to be and remain in full force and effect.

**FILED**
HARRISBURG, PA

JUL 17 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

YORK WALLCOVERINGS, INC.

BY: _____

HARTFORD FIRE INSURANCE COMPANY
                                  Surety

BY: _____
    K. Lide,          Attorney-in-Fact

Approved this _17_ day of _July_, 2002.

_____
Sylvia H. Rambo, Judge

1091005-1

# ACKNOWLEDGMENT OF SURETY

**STATE OF MICHIGAN** )
)
**COUNTY OF WAYNE** )

      On this 9th day of July, 2002, before me personally came K. Lide who, being by me duly sworn, did depose and say that she is an Attorney-in-Fact of the Hartford Fire Insurance Company, and knows the corporate seal thereof; that the seal affixed to said annexed instrument is such corporate seal, and was thereto affixed by authority of the Power of Attorney of said Company, of which a Certified Copy is hereto attached, and that she signed said instrument as an Attorney-in-Fact of said Company by like authority.

*Acknowledged and Sworn to before me*
*on the date above written*

**My Commission Expires**

Betty Halthon
Notary Public, Wayne County, Michigan
My Commission Expires: September 3, 2002

*Betty Halthon*
(Notary Public)

HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115

| | | |
|---|---|---|
| [X] Hartford Fire Insurance Company | | Twin City Fire Insurance Company [ ] |
| [X] Hartford Casualty Insurance Company | | Hartford Insurance Company of Illinois [ ] |
| [X] Hartford Accident and Indemnity Company | | Hartford Insurance Company of the Midwest [ ] |
| [ ] Hartford Underwriters Insurance Company | | Hartford Insurance Company of the Southeast [ ] |

KNOW ALL PERSONS BY THESE PRESENTS THAT the *Hartford Fire Insurance Company, Hartford Accident and Indemnity Company* and *Hartford Underwriters Insurance Company*, corporations duly organized under the laws of the State of Connecticut; *Hartford Insurance Company of Illinois*, a corporation duly organized under the laws of the State of Illinois; *Hartford Casualty Insurance Company, Twin City Fire Insurance Company* and *Hartford Insurance Company of the Midwest*, corporations duly organized under the laws of the State of Indiana; and *Hartford Insurance Company of the Southeast*, a corporation duly organized under the laws of the State of Florida; having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of unlimited:*

K. Lide, L. Scott, B. Halthon
of
Detroit, MI

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on September 12th, 2000, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                    John P. Hyland, Assistant Vice President

**STATE OF CONNECTICUT** }
                          } ss. Hartford
**COUNTY OF HARTFORD**    }

On this 19th day of September, 2000, before me personally came John P. Hyland, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

CERTIFICATE

Jean H. Wozniak
Notary Public
My Commission Expires June 30, 2004

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of   7-9-02   .

Signed and sealed at the City of Hartford.



Colleen Mastroianni, Assistant Vice President

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 17, 2002

Re:  1:01-cv-00793    York Wallcoverings, v. S.A. Maxwell Company

True and correct copies of the attached were mailed by the clerk to the following:

```
Kendra D. McGuire, Esq.
Barley, Snyder, Senft & Cohen
kmcguire
126 East King St.
Lancaster, PA   17602     Fax No.: 17172914660


Bruce J. Wolstoncroft, Esq.
Barley, Snyder, Sneft & Cohen, LLC
126 E. King St.
Lancaster, PA   17602     Fax No.: 17172914660


Ronald P. Schiller, Esq.
Piper Rudnick, LLP
3400 Two Logan Square
18th & Arch Streets
Philadelphia, PA   19103  Fax No.: 12156563301


Beth Castelli Fitt, Esq.
Rawle & Henderson
The Widener Building
bcfitt
One South Penn Square
Philadelphia, PA   19107  Fax No.: 12155632583


Joseph L. Turchi, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA   19107

Edward C. Mintzer, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA   19107
```

Albert Robin, Esq.
Robin, Blecker & Daley
arobin-law.com
330 Madison Avenue
New York, NY  10021         Fax No.: 12126829648

```
cc:
Judge                         (✓)           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen    ( )   PA Atty Gen ( )
                                      DA of County   ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____7/17/02_____        BY: _____[signature]_____
                                    Deputy Clerk