**ORIGINAL**

FILED
HARRISBURG,
AUG 0 9 2002
MARY E. D'ANDREA
Per_____
Deputy Cle

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC.    :
         Plaintiff    :    No.: 1:CV:01-0793
             :
vs.    :
             :
S.A. MAXWELL COMPANY, INC.    :    (The Hon. Sylvia H. Rambo)
AND JAIMA BROWN    :
         Defendants    :

### PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF INDEPENDENT CREATION

Plaintiff York Wallcovering, Inc., through its undersigned counsel, hereby moves this Honorable Court for the issuance of an Order granting Plaintiff's Motion in Limine and precluding Defendants from introducing any evidence or testimony or arguing at trial that the Maxwell elephant wallpaper and border design was independently created.

SC/1099582.1

1

The authorities and reasoning in support of this Motion are set forth in full in the accompanying Brief which is incorporated herein by reference.

BARLEY, SNYDER, SENFT & COHEN, LLC

Date: 8/9/02    By: _____
Kendra D. McGuire, Esquire
Stephanie Carfley, Esquire
Attorneys for Plaintiff
York Wallcoverings, Inc.

126 East King Street
Lancaster, PA 17602
(717) 299-5201
Court I.D. No. 50919
Court I.D. No. 79136

SC/1099582.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion in Limine has been served this _9th_ day of _August_, 2002, by first-class mail, postage pre-paid, upon:

>Albert Robin, Esquire
>Robin, Blecker & Daley
>330 Madison Avenue
>2nd Floor
>New York, NY 10017
>
>Ronald P. Schiller, Esquire
>Piper, Marbury, Rudnick & Wolfe, LLP
>3400 Two Logan Square
>18th & Arch Streets
>Philadelphia, PA 19103-2762
>
>Joseph L. Turchi, Esquire
>Rawle & Henderson, LLP
>The Widener Building
>One South Penn Square
>Philadelphia, PA 19107
>
>BARLEY, SNYDER, SENFT & COHEN, LLC
>
>By: _____
>Kendra D. McGuire, Esquire
>Attorneys for Plaintiff
>York Wallcoverings, Inc.

SC/1099582.1