IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YORK WALLCOVERINGS, INC.,** : | CIVIL NO.1:CV-01-0793 |
| **Plaintiff** : | |
| v. : | |
| **S.A. MAXWELL COMPANY, INC.** : | |
| **and JAIMA BROWN,** : | |
| **Defendants** : | |



## O R D E R

Upon consideration of the scheduling concerns expressed in defense counsel's letter to this court dated August 15, 2002, **IT IS HEREBY ORDERED THAT:**

1) The captioned action is moved from the September 2002 trial list to the October 2002 trial list. Jury selection for cases on the October list will commence at 9:30 a.m. on Tuesday, October 15, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) Defendants' request for a date certain for trial is granted. Trial will commence following the completion of jury selections on October 15, 2002.

3) The pretrial conference is rescheduled from August 30, 2002 to Friday, October 4, 2002 at 1:30 p.m. in the chambers of Courtroom No. 3.

4) Pretrial memoranda shall be filed in conformity with the local rules no later than noon on Friday, September 27, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: August 19, 2002.