IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YORK WALLCOVERINGS, INC.,** : CIVIL NO.1:CV-01-0793

    Plaintiff :

    v. :

**S.A. MAXWELL COMPANY, INC.** :
**and JAIMA BROWN,**

    Defendants :



## ORDER

Upon consideration of scheduling concerns, the court will alter its order of August 19, 2002. Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Jury selection will commence at 9:30 a.m. on Monday, October 28, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) Trial will commence following the completion of jury selection on October 28, 2002.

                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: August 22, 2002.