IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YORK WALLCOVERINGS, INC.,** | : | CIVIL NO.1:CV-01-0793 |
| Plaintiff | : | |
| v. | : | |
| **S.A. MAXWELL COMPANY, INC.** <br> **and JAIMA BROWN,** | : | FILED <br> HARRISBURG, PA |
| Defendants | : | SEP 6 2002 <br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk |

**O R D E R**

**IT IS HEREBY ORDERED THAT** the pretrial conference in the captioned action is moved from **Friday, October 4, 2002** to **Thursday, October 3, 2002, at 1:30 p.m.** in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: September 6, 2002.