UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC.  :
    Plaintiff  :  No.: 1:CV:01-0793
      :
vs.  :
      :
S.A. MAXWELL COMPANY, INC. AND  :  (The Hon. Sylvia H. Rambo)
JAIMA BROWN  :
    Defendants  :

### AFFIDAVIT OF KENDRA D. McGUIRE
### IN OPPOSITION TO DEFENDANTS'
### MOTION IN LIMINE TO EXCLUDE
### RONALD REDDING'S TRIAL TESTIMONY

1.    I am counsel for Plaintiff herein and I am familiar with the proceedings and issues involved in the above-captioned matter.

2.    By fax dated March 6, 2002, Defendants' counsel informed me of his desire to depose five employees of Plaintiff, one of which was Ronald Redding.

3.    By fax dated March 7, 2002, Defendants' counsel requested the deposition of another York employee, namely Kathy Murphy.

4.    Neither Mr. Redding nor Ms. Murphy were available on the dates suggested by Defendants' counsel, said dates being Thursday and Friday, March 14 and 15, 2002.

5.    Four of the six York employees whose depositions were requested were available for deposition on March 15, 2002 and four depositions were completed on that date.

1108017.1

6. At the close of these depositions, Defendants' counsel advised me that he did not need Mr. Redding's or Ms. Murphy's depositions and, therefore, would not be seeking to reschedule the same.

7. At no time after March 15, 2002 did Defendants' counsel request the scheduling of Mr. Redding's deposition or Ms. Murphy's deposition.

8. Plaintiff never refused to produce Mr. Redding for deposition.

9. Defendants' counsel elected not to proceed with scheduling another date for Mr. Redding's deposition.

The foregoing is true and correct to the best of my knowledge, information and belief.

Sworn to and subscribed

before me this 16th day of

Sept. 2002.

_Judith F. Binkley_
Notary Public

NOTARIAL SEAL
JUDITH F. BINKLEY, Notary Public
Lancaster, Lancaster Co., PA
My Commission Expires March 14, 2005

_Kendra D. McGuire_
Kendra D. McGuire, Esquire

1108017.1

2