IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YORK WALLCOVERINGS, INC.,** : CIVIL NO.1:CV-01-0793
   **Plaintiff** :
 :
v. :
 :
**S.A. MAXWELL COMPANY, INC.** :
**and JAIMA BROWN,** :
 :
   **Defendants** :



## O R D E R

Before the court is Plaintiff's motion *in limine* to preclude evidence of independent creation. In essence, this motion asks the court to find as a matter of law that the design was not independently created. Therefore, this is not so much a motion *in limine* as it is one for summary judgment. Defendant is entitled to have this issue tried by a jury and may produce additional evidence that was not produced at the preliminary injunction hearing.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's motion *in limine* to preclude evidence of independent creation is **DENIED.**

SYLVIA H. RAMBO
United States District Judge

Dated: September 17, 2002.