⑧2
9/25/02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YORK WALLCOVERINGS, INC.,** : CIVIL NO.1:CV-01-0793

    **Plaintiff** :

    v. :

**S.A. MAXWELL COMPANY, INC.** :
**and JAIMA BROWN,** :

    **Defendants** :



FILED
SEP 2 5 2002
PER_____ MA
HARRISBURG, PA  DEPUTY CLERK

<u>O R D E R</u>

    Before the court are the following motions: (1) Plaintiff's motion to amend the complaint; (2) Defendants' motion to limit Plaintiff's trial testimony and exhibits to the two coloways of the Maxwell sidewalls and borders; and (3) Defendants' motion *in limine* to limit the scope of Mark A. Peterson's trial testimony. In light of the arguments presented in the briefing on these motions, **IT IS HEREBY ORDERED THAT**:

    (1) Plaintiff's motion to amend the complaint is **GRANTED**.

    (2) Defendants' motion to limit Plaintiff's trial testimony to the two colorways is **DENIED AS MOOT**.

    (3) Defendants' motion *in limine* to limit the scope of Mark A. Peterson's testimony is **DENIED**.

SYLVIA H. RAMBO
United States District Judge

Dated: September 25, 2002.