IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YORK WALLCOVERINGS, INC., | : | |
| Plaintiff, | : | NO. 1:CV-01-0793 |
| v. | : | (The Hon. Sylvia H. Rambo) |
| S.A. MAXWELL COMPANY, INC. and JAIMA BROWN, | : | |
| Defendants. | : | |

# DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

FILED
HARRISBURG, PA
SEP 27 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

1. York or Maxwell may have issued press releases or otherwise publicized the existence of this case or the issues they contend are involved. Have you read or heard anything about this case or those issues?

2. If so, what did you read or hear?

3. Have you ever purchased or considered purchasing wallcoverings manufactured by York and sold under any of its lines, namely Antonina Vella, Carey Lind, The Carlisle Family, or Ronald Redding Designs?

4. If so, when and what did you purchase or consider purchasing?

5. Have you or any member of your immediate family or close friends visited a York retail shop?

6. If so, when and in what locale?

7. Have you ever purchased or considered purchasing any Maxwell wallcoverings?

8. If so, when and what did you purchase or consider purchasing?

9. Have you or any member of your immediate family or close friends had any involvement with York or been acquainted with any York employee?

10. If so, who had the involvement or acquaintanceship, with which York employee and of what nature was such involvement or acquaintanceship?

11. Have you or any member of your immediate family or close friends ever created anything that you felt was copied without your permission?

12. If so, what was copied and what action, if any had been taken?

Dated: New York, New York
September 26, 2002

Respectfully submitted,

_____
Albert Robin (AR-7254)
Robin Blecker & Daley
Attorneys for Defendants
330 Madison Avenue
New York, NY 10017
(212) 682-9640

Of Counsel:

Joseph L. Turchi
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107