IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YORK WALLCOVERINGS, INC., :

    Plaintiff, : NO. 1:CV-01-0793

    v. : (The Hon. Sylvia H. Rambo)

S.A. MAXWELL COMPANY, INC. :
and JAIMA BROWN,
:
    Defendants.
:

### STATEMENT UNDER LOCAL RULE 16.2

We, the undersigned attorneys for Defendants S.A. Maxwell Company, Inc. and Jaima Brown, hereby state that the persons or committees with settlement authority have been notified of the requirements of and possible sanctions under Local Rule 16.2.

Respectfully submitted,

Dated: September 30, 2002

Albert Robin (AR-7254)
Robin Blecker & Daley
330 Madison Avenue
New York, NY 10017
(212) 682-9640
-and-

Dated: September 27, 2002

Joseph L. Turchi
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Attorneys for Defendants

FILED
HARRISBURG, PA
OCT 0 1 2002
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk