ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

OCT 0 2 2002

MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

YORK WALLCOVERINGS, INC. :
        Plaintiff : No.: 1:CV:01-0793
 :
vs. :
 :
S.A. MAXWELL COMPANY, INC. AND : (The Hon. Sylvia H. Rambo)
JAIMA BROWN :
        Defendants :

## PRAECIPE

Please enter the appearance of Salvatore Anastasi, Esquire on behalf of Plaintiff York Wallcoverings, Inc.

BARLEY, SNYDER, SENFT & COHEN, LLC

Date: 9/30/02

BY: _____
Kendra D. McGuire, Esquire
Salvatore Anastasi, Esquire
Attorneys for Plaintiff
York Wallcoverings, Inc.

126 East King Street
Lancaster, PA 17602
(717) 299-5201
Court I.D. No. 50919
Court I.D. No. 39090

1113264.1

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Praecipe has been served this 30th day of September, 2002, by first-class mail, postage pre-paid, upon:

>Albert Robin, Esquire
>Robin, Blecker & Daley
>330 Madison Avenue
>2nd Floor
>New York, NY 10017

>BARLEY, SNYDER, SENFT & COHEN, LLC
>
>By: _____
>Kendra D. McGuire, Esquire
>Salvatore Anastasi, Esquire
>Attorneys for Plaintiff
>York Wallcoverings, Inc.
>
>126 East King Street
>Lancaster, PA 17602-2893
>Court I.D. No. 50919
>Court I.D. No. 39090

1113264.1