(91)
10/4/02

York Wallcoverings v. SA Maxwell                                TIME: 1:30 p.m.
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. __1:CV-01-0793__

DATE __October 3, 2002__

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference __Pretrial Conference__

Time Commenced __1:30__          Time Terminated __3:15__

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Kendra McGuire | | ALBERT ROBIN |
| Salvatore Anastasi | | Joseph L. Turchi |
| | | David R. Fine |

**REMARKS**                                    **FILED**
                                            HARRISBURG, PA

Trial week of 16th /Dec.
Briefing by P. 0sl.                          OCT 0 3 2002
Unfair Comp + Trade dress
fees for expert                              MARY E. D'ANDREA, CLERK
Validity of copyright – ~~jury or judge~~ decided in memo
~~How does Maxwell~~ overcome only by
                        fraud

Briefing by def. – Nov. 12
Damage does – to redact dates
Documents of confidentiality stamp + admitted
          into evidence to be sealed
Request for statutory damages in amended
          complaint w/ct.