EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YORK WALLCOVERINGS, INC., | : | |
| Plaintiff | : | NO. 1:CV-01-0793 |
| v. | : | (The Hon. Sylvia H. Rambo) |
| S.A. MAXWELL COMPANY, INC. and JAIMA BROWN, | : | |
| Defendants | : | |

FILED
HARRISBURG
DEC 0 2 2002
MARY E. D'ANDREA, CLERK
per RB
DEPUTY CLERK

### FINAL CONSENT ORDER

It having been reported to the court by Joseph L. Turchi, Esquire, of Rawle & Henderson LLP, representing defendants, that the parties hereto have amicably resolved and settled the issues between them, and counsel for plaintiff identified below having signed this Consent Order with their respective client's authority, representing that all parties consent to the following relief,

**IT IS** on this 2nd day of ~~October,~~ December 2002, **ORDERED** that:

1. The preliminary injunctive relief granted by the Court in this matter is made final and permanent.

2. All claims, counterclaims, complaints which were asserted herein are dismissed with prejudice and without costs.

1121445.1

Counsel for all parties agree to the form, content and entry of this Order and certify that they have obtained their client's authority to so stipulate.

_____
Kendra D. McGuire, Esquire
Barley, Snyder, Senft & Cohen, LLC
126 East King Street
Lancaster, PA 17602
Attorneys for Plaintiff

_____
Joseph L. Turchi, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Attorneys for Defendants

Approved and so Ordered:

_____
SYLVIA H. RAMBO, J.

1121445.1